TIMOTHY COURCHAINE
United States Attorney
District of Arizona
MONICA E. RYAN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: monica.ryan@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Francisco Ricardo Orozco,<br><br>Defendant. | CR23-01967-TUC-RM (BGM)<br><br>SENTENCING MEMORANDUM |

Now comes the United States of America, by and through its attorneys undersigned, and submits the following regarding the above-captioned defendant's sentencing:

1.      The matter is set for sentencing on September 4, 2025.

2.      On Wednesday, November 1, 2023, at approximately 10:45 p.m., the defendant attempted to exit the United States through the DeConcini Port of Entry in the District of Arizona.  Customs and Border Protection (CBP) officers stopped the defendant, who was the driver of the truck.  The defendant's wife and three minor children were passengers.  The defendant declared to the CBP officers that he had no weapons or ammunition.  The officers searched the truck and recovered a total of nine semi-automatic firearms, ten magazines and two drum magazines concealed in the back wall of the truck, behind where the defendant's children were sitting.

3.      Law enforcement agents interviewed the defendant, who admitted he was attempting to smuggle the firearms into Mexico.  The defendant told the agents that he was struggling financially, and that a friend who lived in Nogales, Sonora, Mexico had previously offered him the opportunity to earn money transporting firearms, which he previously had refused, but now had agreed to do so due to his financial needs.  Specifically, the defendant admitted that he was expecting to be paid $250 per firearm, and that there was a total of nine firearms in his truck.

4.      On November 29, 2024, a Tucson federal grand jury returned a three-count indictment against the defendant, alleging: Attempted Smuggling of Goods from the United States, in violation of 18 U.S.C. §§ 554(a) and 2 (Count 1); Felony Receipt of a Firearm, in violation of 18 U.S.C. §§ 933(a)(2) and (b) (Count 2); and Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).  On December 19, 2024, the defendant pled guilty to Counts 1 and 2 pursuant to a written plea agreement.  The government will move to dismiss Count 3 at the time of sentencing.

5.      The government has reviewed the Probation Department's PSR (Doc. 49) and has no additions or corrections to the factual statements or criminal history calculations. The Probation Department correctly concludes that the defendant's guideline sentencing range is 63 to 78 months, based on a total offense level of 25 and criminal history category of II.  The plea agreement includes a stipulation between the parties that any prison sentence shall not exceed 51 months.  The Probation Department recommends a sentence of 51 months imprisonment, terms concurrent, followed by three years of supervised release.

6.      18 U.S.C. § 3553(a)(1) states that when imposing a sentence, a court shall consider "the nature and circumstances of the offense and the history and characteristics of the defendant."  The sentence imposed shall reflect the seriousness of the offense, provide just punishment, afford adequate deterrence to further criminal conduct, and protect the public from further crimes of the defendant.  18 U.S.C. § 3553(a)(2).  The sentence imposed

shall consider "the need to avoid unwarranted sentence disparities among defendants with similar records, who have been found guilty of similar conduct."  18 U.S.C. §3553(a)(6).

7.      As detailed in the PSR and the release status report to the Court (Doc. 56), the defendant accepted responsibility for his crimes upon his arrest, has maintained gainful employment, has not violated any of the conditions of his pretrial release, and has expressed remorse for the crimes he committed.  The government is mindful of the defendant's role in supporting his family as detailed in the materials submitted to the Court, which demonstrate both the financial and emotional support the defendant provides to his wife and four young children.  In aggravation, the defendant is a convicted felon who agreed to transport firearms in exchange for money, and attempted to smuggle nine rifles, ten magazines, and two drum magazines into Mexico, endangering the Mexican populace.

8.      Accordingly, pursuant to the 18 U.S.C. § 3553(a) factors, the government respectfully requests the Court accept the parties' plea agreement and sentence the defendant to a term of 18 months imprisonment, to be followed by three years of supervised release.

Respectfully submitted this 3rd day of September, 2025.

TIMOTHY COURCHAINE
United States Attorney

*/s/ Monica E. Ryan*

MONICA E. RYAN
Assistant United States Attorney

Copy of the foregoing served electronically
or by other means this 3rd day of September, 2025, to:

All ECF Participants

3